# EXHIBIT A



**Bald Eagle Portrait of VA 451-671**
**© Wendy Shattil**