**COMPOSITE EXHIBIT B**





The first question everyone asks is where I came up with Chewbarka. The name came from a Dog which was a Husky Shepard mix and he chewed and barked at everything, my brother Alfred call him Chew-barka and it stuck! The story of how we started is very interesting. My family has been in the Tool and Die making trade for 3 generations producing fine precision jewelry items since 1950. One day my wife (Debra) and I (Frank) purchased a Pug, we did what every family does and went to the local super pet store to purchase the supplies we would need. On the way out the door I noticed a Very flashy machine which claimed to engrave Pet ID tags, I inserted my $10.00 and the machine engraved a tag for me, after looking at the tags I told Debra we just wasted our money on a poorly engraved tag which I know would never last. The next day I showed my Dad the tag who is a old time toolmaker and he noticed the same thing, how could anyone produce such a terrible product (He added a few choice Italian words). I looked directly at my Dad and said "We are now in the Pet tag business" he though I was Crazy! I told him if we can make jewelry for Tiffany, BA Ballou and many more fine NY jewelers I know we can make a Quality pet tag. Chewbarka's tags was started in 2003. Here is just as a bit of useless information, in 2003 we consumed about 5,000 lbs of Aluminum, in 2008 that amount was 30,000 lbs or 15 TONS of material!

**Store search**

[    ]  Search

☐ in titles & description

**Store categories**

Store home
Pet ID tags (129)
Military GI Dog tags (78)
Ball Chains (40)
Key Chains (40)
Print Advertising Yard Signs (33)
**Trump Signs** (21)
Dye Sublimation items (20)
24K Gold Finish (11)
Golf items (9)
SPECIAL offers! (6)
Business Card Holders (4)
Engraving Machines (4)
Split Rings for attaching tags (4)
Sterling Lever Backs (2)

View: **All Items** | Buy It Now

**21** results found in **Trump Signs**

View as: Gallery ▾    Sort by: Best Match ▾

Shipping to **USA**



🔍 Enlarge

Crooked HILLARY Lock Her Up Yard Lawn Sign 18x24 24" Stake MAGA ℙ

Buy It Now    $8.99
Time left: 18d 10h 9m



🔍 Enlarge

TRUMP PENCE 2016 Eagle Yard Lawn Sign 18x24 24" Stake MAGA Made in USA ℙ

Buy It Now    $8.99
Time left: 27d 9h 48m



🔍 Enlarge

Women For TRUMP 2016 Eagle Yard Sign 12x24 W Stake 2side Print UV Protected ℙ

Buy It Now    $8.99
Time left: 17d 10h 5m







🔍 Enlarge

🔍 Enlarge

🔍 Enlarge

| | | |
|---|---|---|
| Time left: 12d 11h 16m | Time left: 10d 5h 19m | Time left: 4d 7h 29m |

**Display**
- Hide gallery view
- View time left

**Store pages**
- Store Policies
- About the seller


🔍 Enlarge

VETERANS FOR TRUMP 2016 Eagle Yard Sign 12x24 NO STAKES Printed 2 sides USA
Buy It Now   $8.49
Time left: 11d 12h 47m


🔍 Enlarge

Trump 2016 Eagle Yard Sign Election Campaign Support President 12x24 W Stake USA
Buy It Now   $8.99
Time left: 20d 21h 10m


🔍 Enlarge

TRUMP PENCE 2016 Eagle Yard Lawn Sign 18x24 NO STAKES! Collectors Item USA MADE
Buy It Now   $8.49
Time left: 12d 2h 57m


🔍 Enlarge

Hillary for PRISON non support yard lawn sign 12" x 24" President 2016 USA made
Buy It Now   $8.99
Time left: 7d 15h 8m


🔍 Enlarge

President Trump 2016 Eagle Yard Lawn Collectors Sign No stakes 12x24 Made In USA
Buy It Now   $8.49
Time left: 12d 5h 5m


🔍 Enlarge

DRAIN THE SWAMP President Trump 2016 Eagle Yard Lawn Sign 12x24 No Stakes 2 Side
Buy It Now   $8.49
Time left: 12d 10h 30m







Enlarge

Blue Lives For Trump 2016 Eagle Yard Lawn support Sign 12x24 Same Day Shipping
Buy It Now     $8.99
Time left: 10d 5h 22m

Enlarge

Pray For America Yard Sign 12x24 No Stakes 2side Print UV Protected
Buy It Now     $8.49
Time left: 12d 7h 9m

Enlarge

Trump Eagle Sign HUGE 40 X 90 Billboard Display President
Buy It Now
or Best Offer     $49.99
Time left: 14d 4h 2m



Enlarge

10 Trump Eagle Car Bumper Stickers 2016 President 11.25 x 3.75 USA made
Buy It Now     $8.99
Time left: 14d 3h 58m



Enlarge

10 Trump Pence Eagle Car Auto Bumper Stickers President 11.25 x 3.75 USA made
Buy It Now     $8.99
Time left: 14d 3h 59m



Enlarge

10 DEPLORABLES Trump 2016 Eagle Yard Signs No Stakes 12x24 President USA
Buy It Now     $69.99
Time left: 12d 7h 43m



Enlarge

100 Trump 2016 Eagle Yard Signs Election President 12x24 W Stakes Donald POTUS
Buy It Now     $399.99
Time left: 14d 12h 42m



Enlarge

Large Trump Eagle Yard Lawn Sign 24x48 Display USA Made 1 Side Print
Buy It Now     $19.99
Time left: 14d 3h 56m



Enlarge

DEPLORABLES Trump 2016 Eagle Yard Sign 12x24 NO Stake DEPLORABLE Support!
Buy It Now     $8.49
Time left: 12d 4h 19m

Page 1 of 1